**No. 66901.**—Casavan-Saivo Industrial, Inc., et al. *v.* United States, protests 59/12727, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiffs was sustained.